M. P. No. 73-192. CITY OF WARWICK *v.* ZETTS CONSTRUCTION Co. *et al.* Petition for writ of certiorari denied without prejudice for failure of petitioner to comply with the provisions of Rule 13. Motion of respondents to remand to the Superior Court for the purpose of receiving a decision from the trial

justice is denied. Paolino, J., not participating. *William J. Toohey*, City Solicitor, *Joseph J. McGair*, Asst. City Solicitor, for petitioner. *John D. Lynch*, for respondents.